# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAVELLE PATTERSON,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 18-CV-4410 |
| CHESTER POLICE, *et al,*,<br>    Defendants. | :<br>:<br>: |

FILED

OCT 16 2018

## ORDER

AND NOW, this 16th day of October, 2018, upon consideration of *pro se* Plaintiff Lavelle Patterson's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Rule 8(a) of the Federal Rules of Civil Procedure, for the reasons stated in the Court's Memorandum.

4. Patterson is given leave to file an amended complaint within thirty (30) days of the date of this order in the event he can state a plausible claim for relief against a proper defendant. If Patterson files an amended complaint, he shall identify all of the defendants in the caption of the amended complaint and describe in detail the basis for his claims against each defendant. Any amended complaint shall include all of the claims that Patterson seeks to pursue in this action without relying on or referring to other pleadings or exhibits filed in this matter. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Patterson a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Patterson may use this form to prepare his amended complaint.

6. If Patterson fails to file an amended complaint in accordance with this Order, his case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.