IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAVELLE PATTERSON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-4410 |
| | : | |
| CHESTER POLICE, *et al*,, | : | |
| Defendants. | : | |

FILED
NOV 29 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 29th day of ~~October,~~ November, 2018, upon consideration of *pro se* Plaintiff Lavelle Patterson's Amended Complaints (ECF Nos. 7, 8) and exhibits (ECF No. 6), it is **ORDERED** that:

1. The Amended Complaints are **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Rule 8(a) of the Federal Rules of Civil Procedure, for the reasons stated in the Court's Memorandum.

2. Patterson is given leave to file a second amended complaint within thirty (30) days of the date of this Order. If Patterson files an amended complaint, he shall identify all of the defendants in the caption of the second amended complaint and clearly state the basis for his claims against each defendant. Patterson's second amended complaint shall include all of the claims that he seeks to pursue in this action without relying on or referring to other pleadings or exhibits filed in this matter. The second amended complaint shall not raise any claims over which the Court does not have jurisdiction. All allegations must be continued in one pleading. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

3. The Clerk of Court is **DIRECTED** to send Patterson a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Patterson may use this form to prepare his second amended complaint.

4. Patterson's "Motion Requesting a Delay with Summons Delivery to Defendants" (ECF No. 10) is **DENIED**.

5. If Patterson fails to file a second amended complaint in accordance with this Order, his case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.