# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAVELLE PATTERSON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 18-CV-4410** |
| | : | |
| **CHESTER POLICE,** *et al,*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 18th day of January, 2019, upon consideration of *pro se* Plaintiff Lavelle Patterson's second Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 13) and Second Amended Complaint (ECF No. 14), it is **ORDERED** that:

1. The second Motion for Leave to Proceed *In Forma Pauperis* is **DENIED as unnecessary** because Patterson has already been granted leave to proceed *in forma pauperis*.

2. The Second Amended Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. Patterson's federal claims pursuant to 42 U.S.C. § 1983 are **DISMISSED with prejudice**. Any state law claims that Patterson is raising are **DISMISSED without prejudice** for lack of subject matter jurisdiction. Patterson may not file a third amended complaint in this matter.

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, J.**

O:\CIVIL 18\18-4410 Patterson v Chester Police\18cv4410 order 01182019.docx